**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| 45 SPIRITS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZOHAIR SULTAN and SAMEET PATEL,<br><br>Defendants. | Case No. ____________ |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

COMES NOW the Plaintiff, 45 Spirits LLC ("45 Spirits"), by and through its undersigned counsel, and hereby submits its Corporate Disclosure Statement in accordance with Fed. R. Civ. P. Rule 7.1

1. 45 Spirits is a Delaware limited liability company. 45 Spirits is owned 50 percent by Red Kingdom, LLC, a Wyoming limited liability company, and 50 percent by R&R Spirits, LLC, a Wyoming limited liability company.

2. Red Kingdom, LLC is wholly owned by Timothy Klintworth ("Klintworth"), an individual and resident of Illinois.

3. R&R Spirits, LLC is wholly owned by Rich DeCicco ("DeCicco"), an individual and resident of Florida.

4. Defendant Zohair Sultan ("Sultan") is an individual who resides in Florida and conducts business in Illinois and elsewhere.

5. Defendant Sameet Patel ("Patel" or "Sam") is an individual who resides in Florida and conducts business in Illinois and elsewhere.

6. 45 Spirits has no parent corporation, and no publicly held corporation owns 10 percent or more of its equity interests.

DATED this 29th day of April, 2026

45 SPIRITS, LLC

Plaintiff

By: _/Karen Arenas/______________________

Karen N. Arenas, # 6325514
ARENAS LAW
19 N. Green St
Chicago, IL. 60607
Telephone: 773-699-6972
karen@arenas-law.com
*Attorney for Plaintiff*